**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  YALONDA M. JARRETT        §        Case No. 05-75648
                                  §
                                  §
           Debtors                §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  10/06/2005 .

2) The plan was confirmed on  01/20/2006 .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on  02/12/2010 .

6) Number of months from filing or conversion to last payment:  50 .

7) Number of months case was pending:  52 .

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  $1,658.00 .

10) Amount of unsecured claims discharged without full payment:  $0.00 .

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 10,987.50 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 10,987.50 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 729.66 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,229.66 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY DAVID H CARTER | Lgl | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| ILLINOIS TITLE LOANS, INC | Sec | 1,500.00 | 2,038.10 | 1,500.00 | 1,500.00 | 55.73 |
| ILLINOIS TITLE LOANS, INC | Uns | 0.00 | 0.00 | 538.10 | 0.00 | 0.00 |
| IDES BENEFIT PAYMENTS | Pri | 556.10 | 556.10 | 0.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 190.00 | 190.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 7,500.00 | 6,856.25 | 6,856.25 | 6,202.11 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 1,444.78 | 1,444.78 | 0.00 | 0.00 |
| AFFILIATED FINANCIAL | Uns | 9,495.00 | 9,495.73 | 9,495.73 | 0.00 | 0.00 |
| AFFIRMATIVE INSURANCE | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| AMERICA ONLINE | Uns | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 |
| AMERITECH | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| ANDERSON FINANCIAL NETWORK | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| ANN AGUSTSSON-MATHERS DO | Uns | 85.00 | 85.00 | 85.00 | 0.00 | 0.00 |
| ARNOLD SCOTT | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| ASPIRE VISA | Uns | 550.00 | 867.64 | 867.64 | 0.00 | 0.00 |
| BENNETT & DELONEY | Uns | 110.00 | 110.00 | 0.00 | 0.00 | 0.00 |
| BLOCKBUSTER | Uns | 15.00 | 15.00 | 0.00 | 0.00 | 0.00 |
| BLOCKBUSTER VIDEO | Uns | 18.00 | 18.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BMG MUSIC | Uns | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 |
| CB ACCOUNTS | Uns | 898.00 | 898.00 | 0.00 | 0.00 | 0.00 |
| CARLYLE AUTO SALES | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| CCA | Uns | 800.00 | 800.00 | 0.00 | 0.00 | 0.00 |
| CHECK N GO OF ILLINOIS | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| MERCHANT SERVICES | Uns | 227.00 | 232.31 | 232.31 | 0.00 | 0.00 |
| CHEXSYSTEMS | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| CITGO | Uns | 25.00 | 25.00 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 100.00 | 125.00 | 125.00 | 0.00 | 0.00 |
| CLEAR CHECK | Uns | 89.00 | 89.00 | 0.00 | 0.00 | 0.00 |
| COM ED | Uns | 2,200.00 | 2,200.00 | 0.00 | 0.00 | 0.00 |
| COMM SOUTH COMPANIES | Uns | 67.00 | 67.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CONTROL | Uns | 60.00 | 60.00 | 0.00 | 0.00 | 0.00 |
| CREDITORS BANKRUPTCY | Uns | 1,289.00 | 1,289.00 | 0.00 | 0.00 | 0.00 |
| CRUSADER CLINIC | Uns | 65.00 | 65.00 | 0.00 | 0.00 | 0.00 |
| DR. DALE GRAY | Uns | 18.00 | 18.00 | 0.00 | 0.00 | 0.00 |
| DIRECT TV | Uns | 215.00 | 215.00 | 0.00 | 0.00 | 0.00 |
| DISH NETWORK CUSTOMER | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| EBONY | Uns | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 |
| ER SOLUTIONS | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| ESSENCE | Uns | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 |
| FIRST FEDERAL | Uns | 319.00 | 319.00 | 0.00 | 0.00 | 0.00 |
| GC SERVICES | Uns | 154.00 | 154.00 | 0.00 | 0.00 | 0.00 |
| HELVEY & ASSOCIATES | Uns | 444.00 | 444.00 | 0.00 | 0.00 | 0.00 |
| HHM EMERGENCY SERVICES | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| HILANDER FOODS | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| I.D.E.S. | Uns | 109.00 | 109.00 | 0.00 | 0.00 | 0.00 |
| IHC SWEDISH AMERICAN | Uns | 169.00 | 169.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF HUMAN | Uns | 1,124.00 | 1,124.00 | 0.00 | 0.00 | 0.00 |
| INSIGHT COMMUNICATIONS | Uns | 180.00 | 180.00 | 0.00 | 0.00 | 0.00 |
| JET | Uns | 16.00 | 16.00 | 0.00 | 0.00 | 0.00 |
| KAY JEWELERS | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| KROGER CHECK RECOVERY | Uns | 444.00 | 444.00 | 0.00 | 0.00 | 0.00 |
| KISHWAUKEE AUTO CORRAL | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LASALLE BANK | Uns | 172.00 | 172.00 | 0.00 | 0.00 | 0.00 |
| LYDIA MEYER, TRUSTEE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 75.00 | 75.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL MAGAZINE EXCHANGE | Uns | 67.00 | 67.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL STUDIO | Uns | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| NCO | Uns | 80.00 | 80.00 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL | Uns | 578.00 | 578.00 | 0.00 | 0.00 | 0.00 |
| NICOR GAS | Uns | 319.00 | 1,022.52 | 1,022.52 | 0.00 | 0.00 |
| OLAN MILLS | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| OMNI CREDIT SERVICES | Uns | 169.00 | 169.00 | 0.00 | 0.00 | 0.00 |
| ORTHOPEDIC ASSOC. OF N. IL. | Uns | 558.00 | 558.00 | 0.00 | 0.00 | 0.00 |
| PIGGLY WIGGLY | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| RMA | Uns | 209.00 | 209.00 | 0.00 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 826.00 | 891.71 | 891.71 | 0.00 | 0.00 |
| ROCKFORD CLINIC | Uns | 80.00 | 80.00 | 0.00 | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEM | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| ROCKFORD PSYCHIATRIC | Uns | 315.00 | 315.00 | 0.00 | 0.00 | 0.00 |
| ROCKFORD REGISTER STAR | Uns | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 |
| SBC CORPORATION | Uns | 755.00 | 755.00 | 0.00 | 0.00 | 0.00 |
| SCHNUCK'S MARKETS INC | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 240.00 | 181.07 | 181.07 | 0.00 | 0.00 |
| STOP N GO | Uns | 15.00 | 15.00 | 0.00 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| T-MOBILE | Uns | 470.00 | 212.09 | 212.09 | 0.00 | 0.00 |
| TELECHECK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORP. | Uns | 172.00 | 172.00 | 0.00 | 0.00 | 0.00 |
| AFNI/VERIZON | Uns | 463.00 | 1,460.04 | 1,460.04 | 0.00 | 0.00 |
| WALGREENS | Uns | 500.00 | 500.00 | 0.00 | 0.00 | 0.00 |
| WASTE MANAGEMENT | Uns | 44.00 | 44.00 | 0.00 | 0.00 | 0.00 |
| WALMART STORES INC | Uns | 290.00 | 313.77 | 313.77 | 0.00 | 0.00 |
| FINGERHUT CREDIT ADVANTAGE | Uns | 0.00 | 220.56 | 220.56 | 0.00 | 0.00 |
| FINGERHUT CREDIT ADVANTAGE | Uns | 0.00 | 287.67 | 287.67 | 0.00 | 0.00 |
| UNITED COMPUCRED | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| B-LINE LLC | Uns | 0.00 | 578.64 | 578.64 | 0.00 | 0.00 |
| CLERK OF U.S. BANKRUPTCY | Adm | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 1,500.00 | $ 1,500.00 | $ 55.73 |
| **TOTAL SECURED:** | $ 1,500.00 | $ 1,500.00 | $ 55.73 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 6,856.25 | $ 6,202.11 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 6,856.25 | $ 6,202.11 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 17,956.63 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,229.66 |
| Disbursements to Creditors | $ 7,757.84 |
| **TOTAL DISBURSEMENTS:** | $ 10,987.50 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 02/18/2010         By: /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)